970

No. 604. ADDESSI ET AL. *v.* SHELL OIL Co. C. A. 1st Cir. Certiorari denied. *Adolph N. Anderson, Jr.*, for petitioners. *Matthew W. Goring* and *George M. Vetter, Jr.*, for respondent.

No. 607. FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF ROCHESTER *v.* MCNELLIS, TRUSTEE, ET AL. C. A. 2d Cir. Certiorari denied. *Carl Angeloff* for petitioner. *Laurence Sovik* for respondent McNellis.

No. 617. HORVATH *v.* CITY OF MILWAUKEE. Sup. Ct. Wis. Certiorari denied. Petitioner *pro se. Patrick J. Madden* for respondent.

No. 620. ACRON INVESTMENTS, INC., ET AL. *v.* FEDERAL SAVINGS & LOAN INSURANCE CORP. C. A. 9th Cir. Certiorari denied. *Joseph A. Ball* for petitioners. *Solicitor General Marshall* for respondent.

No. 622. SOAPE ET UX. *v.* LOUISIANA POWER & LIGHT Co. ET AL. C. A. 5th Cir. Certiorari denied. *Edward B. Dufreche* for petitioners.

No. 623. SCOVILL MANUFACTURING Co. *v.* GOLDBLATT BROTHERS, INC., ET AL. C. A. 7th Cir. Certiorari denied. *Bertha L. MacGregor* for petitioner. *Thomas F. McWilliams* for respondents.

No. 627. A. W. FENTON Co., INC. *v.* UNITED STATES. C. C. P. A. Certiorari denied. *Allerton DeC. Tompkins* for petitioner. *Solicitor General Marshall* for the United States.